**Order filed August 13, 2020**



**In The**

# Eleventh Court of Appeals

_____

**No. 11-19-00274-CR**

_____

**DIMAS GONZALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 106th District Court**

**Dawson County, Texas**

**Trial Court Cause No. 15-7565**

### O R D E R

The sealed portion of the appellate record has now been filed in this court as requested by Appellant.[1]  Appellant previously requested that the sealed portion of the record be made available to counsel of record.  We have determined that the sealed portion of the record should be made available to the attorneys of record in

---

[1]We note that Appellant's name as it appears in the indictment is Dimas Gonzales and that the name as reflected in the judgment is Dimas Gonzalez.

this appeal. *See* TEX. R. APP. P. 9.10(g); *see also Dees v. State*, 508 S.W.3d 312, 319–20 (Tex. App.—Fort Worth 2013, no pet.).

Accordingly, the sealed volume of the supplemental clerk's record is ordered unsealed but only as to the attorneys of record in this cause for the purpose of preparing the parties' briefs to be filed in this court. Appellate counsel for Appellant and the State are permitted to review the contents of the sealed record. Counsel may not copy any portion of the sealed record. The parties and their counsel are ordered not to disclose or disseminate any information contained in the sealed records to any other person or entity. Furthermore, if the parties rely upon the contents of the sealed record in their appellate briefs, those briefs are to be filed under seal and in paper form only.

In conjunction with this order, the clerk of this court is electronically furnishing a copy of the sealed supplemental clerk's record to counsel of record, and counsel must delete and destroy their copy and any notes related thereto when this court issues its mandate in this cause. Each counsel is directed to notify the clerk of this court when counsel has complied with this court's directive.

PER CURIAM

August 13, 2020

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[2]

Willson, J., not participating.

---

[2]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.